UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL OUTDOOR, INC.,

    Plaintiff,

v.

                            Case No. 11-14719
                            Hon. Gerald E. Rosen
                            Magistrate Judge Paul J. Komives

CITY OF SOUTHGATE,

    Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on          June 21, 2012

      PRESENT:  Honorable Gerald E. Rosen
                           Chief Judge, United States District Court

        In a Report and Recommendation ("R & R") issued on April 26, 2012, Magistrate Judge Paul J. Komives recommends that the Court grant in part, deny in part, and deem resolved in part a motion brought by Plaintiff International Outdoor, Inc. to strike certain of the affirmative defenses asserted by Defendant City of Southgate.  No objections have been filed to the R & R, and the deadline for doing so has passed.  Having reviewed the Magistrate Judge's R & R, the parties' briefs in support of and opposition to Plaintiff's underlying motion, and the remainder of the record, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

        Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's April 26, 2012 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Plaintiff's December 13, 2011 motion to strike affirmative defenses (docket #7) is GRANTED IN PART, DENIED IN PART, and DISMISSED IN PART AS MOOT, in accordance with the rulings in the Magistrate Judge's April 26, 2012 Report and Recommendation.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  June 21, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 21, 2012, by electronic and/or ordinary mail.

s/Ruth A. Gunther
Case Manager